IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JADE LANDERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CUSTER COUNTY, CUSTER COUNTY SHERIFF'S DEPARTMENT, and SHERIFF BRANDON KELM, in his official and individual capacity,<br><br>　　　　Defendants. | CV 24-38-BLG-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR DEFENDANT KELM APPEAR VIA ZOOM** |

Defendants have filed an unopposed motion to allow Custer County Sheriff Brandon Kelm to testify by video at the Motion Hearing scheduled for May 9, 2025 at 10:00 a.m. (Doc. 42.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.

Sheriff Kelm may testify by video at the May 9, 2025 Motion Hearing. The Court will host the Zoom conference and provide counsel access information by email prior to the conference.

DATED this 5th day of May, 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　United States Magistrate Judge